**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

DIANNA K. O'BRIEN,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

Defendant.

---

## NOTICE OF REMOVAL

Please take notice that pursuant to 28 U.S.C. §§ 1332, 1331, 1367, 1441 and 1446, Defendant Costco Wholesale Corporation ("Costco"), a Washington corporation, by and through its undersigned counsel, CHILDS MCCUNE LLC, removes to this Court the above captioned action ("Action") from the District Court of Arapahoe County Colorado based on this Court's diversity jurisdiction.  In support of removal, Costco respectfully states the following:

### I.      GROUNDS FOR REMOVAL

On or about August 28, 2019, Plaintiff commenced the Action in Arapahoe County District Court.  The Complaint was served on Defendant on October 30, 2019.  This case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendant has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

## II.    DEFENDANT HAS SATISFIED THE
## PROCEDURAL REQUIREMENTS FOR REMOVAL

Costco filed its notice to remove this Action within thirty-days of receipt of the Complaint. *See* 28 U.S.C. § 1446(b)(1). Thus, this removal is timely. *See id.*

Removal to this Court is proper because it is "the district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a). Therefore, this Action is properly removed to the District of Colorado.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed by Plaintiff and served upon Defendant, are attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff's counsel and a copy is being filed with the Clerk of the Arapahoe County District Court.

This Notice of Removal is submitted prior to the deadline for filing an Answer in the Arapahoe County District Court under the Colorado Rules of Civil Procedure.

## III.    REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER
## JURISDICTION PURSUANT TO 28 U.S.C. §§ 1332 AND 1441

Federal courts have original jurisdiction over actions in which there is complete diversity of citizenship and the matter in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a). This Action meets those two requirements.

### a.    There is Complete Diversity Among the Parties

Plaintiff is a resident and citizen of Colorado, as alleged in Plaintiff's Complaint at ¶ 1. (Ex. A, ¶ 1).  Costco Wholesale Corporation is a citizen of Washington, because it is corporation with its principal place of business and corporate headquarters located in Issaquah, Washington.

(Ex. A, ¶ 2)   As a result, there is complete diversity between Plaintiff and Defendant, meeting 28 U.S.C. § 1332's complete diversity requirement.

   **b.    Plaintiff Alleges that the Amount in Controversy is Greater Than $75,000**

In conjunction with Plaintiff's Complaint, she filed a Civil Cover Sheet in which she opted out of the simplified procedure governed by C.R.C.P. 16.1.  (Ex. B)  In doing so, Plaintiff checked the box expressly alleging that, "By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."  *Id.*  As a result, the amount in controversy is greater than $75,000, satisfying 28 U.S.C. § 1332's monetary threshold requirement.

Plaintiff also filed a Summons identifying Defendant Costco Wholesale Corporation (Ex. C), which noted that both the Civil Complaint and Jury Demand and District Court Civil Case Cover sheet were being served with the Summons.

   **IV.    ALL DEFENDANTS CONSENT TO REMOVAL**

Costco is the only Defendant and consents to the removal of the Action to this Court by filing this Notice of Removal.

WHEREFORE, Defendant respectfully removes this Action from the Arapahoe County District Court to this Court pursuant to 28 U.S.C. § 1441.

Respectfully submitted this 8th day of November, 2019.

*/s/ Richard L. Merpi II*
Daniel R. McCune
Richard L. Merpi II
Childs McCune LLC
821 17th Street, Suite 500
Denver, CO  80202-3018

Telephone: 303.296.7300
dmccune@childsmccune.com
rmerpi@childsmccune.com

***Attorneys for Defendant Costco Wholesale
Corporation***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2019, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court for filing and uploading to the ECF system which will send notification of such filing to the following e-mail addresses:

Law Offices of Randy B. Corporon, P.C.
Randy B. Corporon, #29861
Brian E. Lewis, #41295
Kevin J. Farrell, #27091
2821 S. Parker Road, Suite 555
Aurora, CO  80014
Telephone: 303-749-0062

*Attorneys for Plaintiff*

*s/ Richard L. Merpi II*
Richard L. Merpi II