| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br>7325 S. Potomac St.<br>Centennial, CO 80112 | DATE FILED: August 28, 2019 3:18 PM<br>FILING ID: CF12695C4BAF5<br>CASE NUMBER: 2019CV32048 |
| DIANNA K. O'BRIEN,<br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORP.,<br>Defendant. | ▲ COURT USE ONLY ▲ |
| ATTORNEYS FOR PLAINTIFF:<br>Law Offices of Randy B. Corporon, P.C.<br>Randy B. Corporon, #29861<br>Brian E. Lewis, #41295<br>Kevin J. Farrell, #27091<br>2821 S. Parker Road, Suite 555<br>Aurora, CO 80014<br>Telephone: 303-749-0062 | Case Number:<br><br>Division: |

## COMPLAINT WITH JURY DEMAND

Plaintiff, Dianna K. O'Brien, through her attorneys, Law Offices of Randy B. Corporon, P.C., states and alleges as follows for her complaint against the Defendant, Costco Wholesale Corp.:

### PARTIES, JURISDICTION & VENUE

1. Plaintiff Dianna K. O'Brien ("Ms. O'Brien") is an individual who at all relevant times has been a resident of Arapahoe County, Colorado, and whose home address is 3131 S. Pearl St., Englewood, CO 80113.

2. Defendant Costco Wholesale Corporation (hereinafter "Costco") is a Washington corporation whose principal office is located at 999 Lake Dr., Issaquah, WA 98027. At all relevant times, Costco has maintained multiple retail locations in Colorado, including one located at 4000 River Point Pkwy., Sheridan, CO 80110, which location is the subject of this Complaint.

3. The incident which forms the basis for this action occurred on or about August 31, 2017, at the Costco retail location at 4000 River Point Pkwy., Sheridan, CO 80110, in Arapahoe County, Colorado.

4. Venue is proper in Arapahoe County pursuant to C.R.C.P. 98(c)(5) because the tort that forms the basis for this action occurred within that county.

EXHIBIT A

5. Jurisdiction in this matter is proper, pursuant to C.R.S. § 13-1-124(1)(b), because the negligent and/or tortious act(s) that form(s) the basis for this action occurred within the state of Colorado.

## GENERAL ALLEGATIONS

6. Costco maintains a retail location at 4000 River Point Pkwy., Sheridan, CO 80110. This location offers goods and services to consumers who are Costco members.

7. At all relevant times, Ms. O'Brien was a Costco member entitled to enter and shop at Costco retail locations, and she habitually shopped at the Sheridan location described above.

8. On or about August 31, 2017, Ms. O'Brien was shopping at the Sheridan Costco location and purchased a box of electric candles.

9. After paying for her items, Ms. O'Brien carried her purchase in her arms and began to walk out of the store.

10. Costco regularly stations employees at the entrances and exits of its retail locations to confirm membership and review customer receipts, respectively.

11. Costco regularly places raised floor mats in these locations for their employees to stand upon when checking customers as they enter and leave.

12. On the date of this incident, there was such a raised floor mat placed in the walkway leading from the checkout area to the exterior doors.

13. At the time Ms. O'Brien carried her purchases to the exit, there was no employee standing on the raised mat on the floor.

14. Ms. O'Brien did not see the raised mat on the floor and tripped over it as she walked. She fell to the ground and suffered serious bodily injuries, including but not limited to breaks in both her femur and her humerus.

15. Ms. O'Brien was transported by ambulance to Swedish Medical Center, where she was hospitalized and received extensive care and treatment, including surgery. Following release from the hospital, Ms. O'Brien underwent physical therapy in connection with her injuries and recovery.

16. Defendant's failure to reasonably maintain the customer walkway free from obstacles caused Ms. O'Brien to fall, injure herself, and incur damages in an amount to be determined at trial.

## FIRST CLAIM FOR RELIEF
### (PREMISES LIABILITY)

17. Ms. O'Brien incorporates by reference the averments made in paragraphs 1 through 16 above, as if fully set forth herein.

18. Costco was, at all times, the owner of the property where the injury occurred, located at 4000 River Point Pkwy., Sheridan, CO 80110.

19. Costco knew or, as a reasonable property owner, should have known of the dangerous obstruction to the walkway in the customer entrance and exit area.

20. Costco owed a duty to keep and maintain the above described property in a reasonable and safe condition for members of the public. Ms. O'Brien was a customer and an invitee, and therefore a reasonably foreseeable person to whom defendants owed such a duty.

21. Costco failed to use reasonable care to protect against that danger on the property by leaving in place or failing to remove from the customer walkway a raised floor mat which presented a reasonably foreseeable tripping hazard, as a reasonable and prudent property owner would have.

22. Costco's failure to reasonably maintain the customer walkway free from obstacles caused Ms. O'Brien to fall, injure herself, and incur damages in an amount to be determined at trial.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment in her favor and against Defendant in an amount to be proven at trial, and for pre-judgment and post-judgment interest from the date of injury, for attorneys' fees and costs, and for any and all such other and further relief as the Court deems proper and just.

PLAINTIFF DEMANDS A TRIAL TO A JURY OF 12 ON ALL ISSUES SO TRIABLE AND HAS PAID THE REQUISITE JURY FEE.

PLAINTIFF RESERVES THE RIGHT TO AMEND/AND OR SUPPLEMENT THIS PLEADING AS PROVIDED FOR BY THE COLORADO RULES OF CIVIL PROCEDURE.

Respectfully submitted via CCEF on August 28, 2019.

LAW OFFICES OF
RANDY B. CORPORON, P.C.

Randy B. Corporon
Brian E. Lewis
Kevin J. Farrell
**ATTORNEYS FOR PLAINTIFF**

Plaintiff's Address:
3131 S. Pearl St.
Englewood, CO 80113