IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 19-cv-03178-LTB-KLM

DIANNA K. O'BRIEN,

    Plaintiff,

v.

COSTCO WHOLESALE CORP.,

    Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant has filed an Objection to the Magistrate's Order Regarding Defendant's Motion to Strike Plaintiff's Expert (Doc 109 - filed March 23, 2022). Plaintiff has **up to and including April 19, 2022** to file a response. Defendant has **up to and including May 3, 2022** to file a reply.


Dated: March 29, 2022
_____